STATE EX REL. RODDIS LUMBER & VENEER COMPANY, Appellant, vs. STAUBER, City Clerk, Respondent.    [Two cases.]

*January 15—June 21, 1926.*

By stipulation these cases abide the result reached in *State ex rel. Park Falls Lumber Co. v. Stauber* and *State ex rel. Edward Hines H. & H. Co. v. Stauber, ante,* p. 310.

APPEALS from judgments of the circuit court for Price county: G. N. RISJORD, Circuit Judge.  *Reversed.*

For the appellants there was a brief by *W. K. Parkinson* of Phillips, attorney, and *William S. Bennet* of Chicago and *Olin & Butler* of Madison, of counsel, and oral argument by *Mr. R. M. Stroud* of Madison and *Mr. Parkinson.*

For the respondent the cause was submitted on the brief of *C. E. Lovett* of Park Falls, attorney, and *Bundy, Beach & Holland* of Eau Claire, of counsel.

The following opinion was filed February 9, 1926:

ESCHWEILER, J.    Upon stipulation of the parties, the result in these two cases, the issues being the same, was to be that reached in the two cases of *State ex rel. Park Falls L. Co. v. Stauber* and *State ex rel. Edward Hines H. & H. Co. v. Stauber, ante,* p. 310, 207 N. W. 409.

*By the Court.*—Judgments reversed, and causes remanded for further proceedings according to law.

OWEN, CROWNHART, and STEVENS, JJ., dissent.

The respondent moved for a rehearing.

In support of the motion there was a brief by *C. E. Lovett* of Park Falls, attorney, and *Bundy, Beach & Holland* of Eau Claire, of counsel, the *Attorney General* and *Frank-*

*lin E. Bump,* assistant attorney general, appearing for the State.

In opposition thereto there was a brief by *W. K. Parkinson* of Phillips, attorney, and *William S. Bennet* of Chicago and *Olin & Butler* of Madison, of counsel.

The motion was denied, with $25 costs, on June 21, 1926.